

**WILLIAMS, J.**

There is no question but that the arrest and imprisonment of the plaintiff was unlawful. Counsel for plaintiff in error contends, however, that there is nothing to connect the defendant with the unlawful arrest. Under the law of torts any one who aids, abets, advises, encourages, promotes or instigates the commission of a tort by another, is jointly and severally liable therefor. 26 R. C. L., 766, Sec. 15.

The evidence tends to show not only that the defendant actively participated in the arrest of the plaintiff but advised and encouraged it. There was sufficient evidence to require the submission of the cause to the jury, and the trial court did not err in overruling the motion for a directed verdict in favor of the defendant.

Lloyd and Richards, JJ., concur.

## LUDWIG HOMMEL & CO v

### WOODSFIELD (Village)

Ohio Supreme Court
No 21894. Decided March 19, 1930

Marshall, CJ., Kinkade, Robinson, Jones, Matthias and Day, JJ., concur.

## LOGAN GAS CO v GLASGO

Ohio Supreme Court
No 22072. Decided March 19, 1930

Marshall, CJ., Kinkade, Robinson, Jones and Allen, JJ., concur.

## STATE ex BRICKELL v ROACH, Rec'r et

Ohio Supreme Court
No 22011. Decided March 19, 1930

## TRUMBULL CO BOARD OF EDUCATION v STATE ex VAN WYE

Ohio Supreme Court
No 21999. Decided March 26, 1930

## INDUSTRIAL COMMISSION v ROGERS

Ohio Supreme Court
No 21965. Decided March 26, 1930

Kinkade, Jones, Matthias, Day and Allen, JJ., concur. Marshall, CJ., concurs in propositions one and two of the syllabus.

## CONDON et v HAZEN CONTRACTING CO

Ohio Supreme Court
No 21712. Decided March 19, 1930